304

## RICHARDS v. STATE.
### No. 26406.

Court of Criminal Appeals of Texas.
April 29, 1953.

No attorney on appeal, for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

Driving while intoxicated upon a public highway is the offense, with punishment assessed at a fine of $50.

The record before us contains no statement of facts or bills of exception. Nothing is presented for our review.

The judgment is affirmed.

Opinion approved by the court.

## HAMMOND v. STATE.
### No. 26295.

Court of Criminal Appeals of Texas.
April 29, 1953.

No attorney on appeal for appellant.

Wesley Dice, State's Atty., of Austin, for the State.

DAVIDSON, Commissioner.

Unlawfully selling whisky in a dry area is the offense; the punishment, a fine of $250 and 60 days in jail.

The record before us contains no statement of facts or bills of exception. Nothing is presented for review.

The judgment is affirmed.

Opinion approved by the court.